# STATEMENT OF FACTS

On Thursday, July 11, 2019 at approximately 1:40 p.m., members of the Metropolitan Police Department's (MPD) Narcotics and Special Investigations Division (NSID) Major Case Unit (MCU) responded to 1509 19th Street Southeast, Apartment 304 in Washington, D.C. to execute District of Columbia Search Warrant 2019 CSW 3501, signed on July 3, 2019 by a District of Columbia Superior Court Judge.

Upon entry, officers were met by Martina Brown (Defendant Brown) in the living room area of the two bedroom apartment. Defendant Brown is the leaseholder of the apartment and was the only person present when the officers made entry, although her teenage son later arrived on location. While searching the bedroom that belonged to Defendant Brown, officers located a revolver between the mattress and box spring. While exiting the location, Defendant Brown spontaneously uttered to her son in the presence of officers that she would not be coming home because "they found the gun."

The firearm recovered was determined to be a .38 caliber Armscor Special Edition revolver with a serial number of A396218, loaded with six (6) total rounds in the cylinder.

Defendant Brown was arrested and charged with felon in possession of a firearm and transported to the Sixth District for processing.

Defendant Brown has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Brown through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the District of Columbia Superior Court for Distribution of Cocaine, Criminal Case No. 2009 CF2 023561. There are no firearms manufactured in the District of Columbia.

_____
DETECTIVE CHRISTOPHER SMITH
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF JULY, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE